PER CURIAM.

(No. 73-CC-198—Claimant )

NORTHBROOK LUMBER COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed October 18, 1973.*

NORTHBROOK LUMBER COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

99

PER CURIAM.